# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                                              CASE NO.  3:01CR43LAC

JEFF T. WRIGHT

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on   October 3, 2006
Motion/Pleadings:   MOTION TO CORRECT THE SPELLING OF FIRST NAME

Filed by DEFENDANT PRO SE           on  9/20/2006        Doc.# 37
RESPONSES:

_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

_____ Stipulated    _____ Joint Pldg.
_____ Unopposed    _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/Mary Maloy

LC (1 OR 2)                                         Deputy Clerk: Mary Maloy

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 11th day of October, 2006, that:*

*(a) The relief requested is **DENIED**.*

*(b) As defendant was arrested, indicted, entered into a plea agreement which was signed by the defendant as "Jeffrey Wright," entered a guilty plea, and was sentenced under the name "Jeffrey T. Wright," the records must stand as created. Defendant's motion will be made a part of the record documenting his claim of a naming error.*

s/*L.A. Collier*

**LACEY A. COLLIER**
*Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.